Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
Email:   rgoe@goeforlaw.com
         biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Stanley Feldsott – State Bar No. 45128
Michael D. Poole – State Bar No. 280764
**FELDSOTT & LEE**
23161 Mill Creek Drive, Suite 300
Laguna Hills, CA 92653
Telephone:  (949) 729-8002
Email:   MPoole@cahoalaw.com

Co-Counsel for The Huntington Beach Gables Homeowners Association

**FILED & ENTERED**

**JUL 08 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor.<br><br>---<br><br>THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>JAMIE L GALLIAN, an individual; RANDALL L NICKEL, an individual, and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01095-ES<br><br>**ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND OTHER DATES**<br><br>Current Pre-Trial Conference<br>Hearing Date:  July 14, 2022<br>Time:          9:30 a.m.<br>Courtroom:     5A<br><br>**New Pre-Trial Conference**<br>**Hearing Date:**   September 22, 2022<br>**Time:**           10:00 a.m.<br>**Courtroom:**      5A |

      Plaintiff, The Huntington Beach Gables Homeowners Association ("Plaintiff"), filed its Motion to Continue Pre-Trial Conference and Other Dates ("Motion") on July 8, 2022 as Docket No. 49, having been considered, finding that notice was proper, and for good cause showing,

      IT IS ORDERED:

1. The Motion is granted; and

2. The Pre-Trial Conference is continued to September 22, 2022 at 10:00 a.m. in Courtroom 5A of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, CA 92701.

Date: July 8, 2022

Erithe Smith
United States Bankruptcy Judge