United States Bankruptcy Court

Central District of California

The Huntington Beach Gables Homeowners A,
   Plaintiff

Gallian,
   Defendant

Adv. Proc. No. 21-01095-ES

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2
Date Rcvd: Jul 11, 2022     Form ID: pdf031     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Michael D Poole, Feldsott & Lee, 23161 Mill Creek Dr Ste 300, Laguna Hills, CA 92653-7907 |
| dft | + Jamie L Gallian, 16222 Monterey Ln #376, Santa Ana, CA 92649-2258 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Randall L Nickel |
| pla | | The Huntington Beach Gables Homeowners Association |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon J Iskander | on behalf of Plaintiff The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Jeffrey I Golden (TR) | lwerner@wgllp.com  jig@trustesolutions.net;kadele@wgllp.com |
| Mark A Mellor | on behalf of Defendant Randall L Nickel mail@mellorlawfirm.com mellormr79158@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 11, 2022 | Form ID: pdf031 | Total Noticed: 2 |

Robert P Goe
    on behalf of Plaintiff The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 5

Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
Email:   rgoe@goeforlaw.com
         biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:  (949) 955-9437

Stanley Feldsott – State Bar No. 45128
Michael D. Poole – State Bar No. 280764
**FELDSOTT & LEE**
23161 Mill Creek Drive, Suite 300
Laguna Hills, CA 92653
Telephone: (949) 729-8002
Email:   MPoole@cahoalaw.com

Co-Counsel for The Huntington Beach Gables Homeowners Association

**FILED & ENTERED**

**JUL 08 2022**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor.<br><br>---<br><br>THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE L GALLIAN, an individual; RANDALL L NICKEL, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01095-ES<br><br>**ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND OTHER DATES**<br><br>Current Pre-Trial Conference<br>Hearing Date:  July 14, 2022<br>Time:              9:30 a.m.<br>Courtroom:    5A<br><br>**New Pre-Trial Conference**<br>Hearing Date:    September 22, 2022<br>Time:                 10:00 a.m.<br>**Courtroom:        5A** |

1

Plaintiff, The Huntington Beach Gables Homeowners Association ("Plaintiff"), filed its Motion to Continue Pre-Trial Conference and Other Dates ("Motion") on July 8, 2022 as Docket No. 49, having been considered, finding that notice was proper, and for good cause showing,

IT IS ORDERED:

1. The Motion is granted; and

2. The Pre-Trial Conference is continued to September 22, 2022 at 10:00 a.m. in Courtroom 5A of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, CA 92701.

Date: July 8, 2022

Erithe Smith
United States Bankruptcy Judge