

**FILED & ENTERED**

**SEP 01 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian,<br><br><br>　　　　　　　　　　　　Debtor(s). | CHAPTER 7<br><br>Case No.:  8:21-bk-11710-SC<br>Adv No:   8:21-ap-01095-SC<br><br>**ORDER CONTINUING PRETRIAL HEARING** |
| The Huntington Beach Gables Homeowners Association,<br>　　　　　　　　　　　　Plaintiff(s),<br>　v.<br>Jamie L Gallian, Randall L Nickel,<br>　　　　　　　　　　　　Defendant(s). | New Date/Time:<br>Date:　　　September 27, 2022<br>Time:　　　1:30 p.m.<br>Courtroom:   5C-Virtual. Accessibility information will be posted into the tentative ruling prior to the hearing. |

　　　The Pretrial Conference scheduled for September 22, 2022, at 10:00 a.m. is hereby CONTINUED to September 27, 2022, at 1:30 p.m.

　　　IT IS SO ORDERED.

Date: September 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_Scott C. Clarkson_
　　　　　　　　　　　　　　　　　　　　　　　　Scott C. Clarkson
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge