United States Bankruptcy Court

Central District of California

The Huntington Beach Gables Homeowners A,
    Plaintiff

Gallian,
    Defendant

Adv. Proc. No. 21-01095-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2
Date Rcvd: Sep 02, 2022     Form ID: pdf031     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Michael D Poole, Feldsott & Lee, 23161 Mill Creek Dr Ste 300, Laguna Hills, CA 92653-7907 |
| dft | + | Jamie L Gallian, 16222 Monterey Ln #376, Santa Ana, CA 92649-2258 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Randall L Nickel |
| pla | | The Huntington Beach Gables Homeowners Association |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 04, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon J Iskander | on behalf of Plaintiff The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Jeffrey I Golden (TR) | lwerner@go2.law jig@trustesolutions.net;kadele@go2.law |
| Mark A Mellor | on behalf of Defendant Randall L Nickel mail@mellorlawfirm.com mellormr79158@notify.bestcase.com |

District/off: 0973-8     User: admin     Page 2 of 2
Date Rcvd: Sep 02, 2022     Form ID: pdf031     Total Noticed: 2

Robert P Goe
    on behalf of Plaintiff The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 5

**FILED & ENTERED**

**SEP 01 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| Jamie Lynn Gallian, | Case No.: 8:21-bk-11710-SC<br>Adv No: 8:21-ap-01095-SC |
| | **ORDER CONTINUING PRETRIAL HEARING** |
| Debtor(s). | |
| The Huntington Beach Gables Homeowners Association, | New Date/Time:<br>Date:    September 27, 2022<br>Time:    1:30 p.m.<br>Courtroom:    5C-Virtual. Accessibility information will be posted into the tentative ruling prior to the hearing. |
| Plaintiff(s), | |
| v. | |
| Jamie L Gallian, Randall L Nickel, | |
| Defendant(s). | |

    The Pretrial Conference scheduled for September 22, 2022, at 10:00 a.m. is hereby CONTINUED to September 27, 2022, at 1:30 p.m.

    IT IS SO ORDERED.

Date: September 1, 2022

Scott C. Clarkson
United States Bankruptcy Judge

-1-