Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210
Building D
Irvine, CA 92614
RGoe@goeforlaw.com
BIskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for The Huntington Beach Gables Homeowners Association

FILED & ENTERED

NOV 29 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01095-SC<br><br>**ORDER APPROVING MOTION TO CONTINUE PRE-TRIAL CONFERENCE** |
| THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE L GALLIAN, an individual,<br><br>Defendants. | <u>Pre-Trial Conference</u><br>Hearing Date: December 13, 2022<br>Time:           1:30 p.m.<br>Courtroom:   5C<br><br><u>Continued Pre-Trial Conference</u><br>Hearing Date: March 21, 2023<br>Time:           1:30 p.m.<br>Courtroom:   5C |

The Court having reviewed the Motion to Continue Pre-Trial Conference filed on November 28, 2022 as Docket No. 64 ("Motion"), and for good cause appearing,

1

**IT IS ORDERED:**

1. The Motion is granted; and

2. The Pre-Trial Conference is continued from December 13, 2022 to March 21, 2023 at 1:30 p.m. in Courtroom 5C of the United States Bankruptcy Court.

###

Date: November 29, 2022

Scott C. Clarkson
United States Bankruptcy Judge