United States Bankruptcy Court

Central District of California

The Huntington Beach Gables Homeowners A,

   Plaintiff

Gallian,

   Defendant

Adv. Proc. No. 21-01095-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2
Date Rcvd: Nov 29, 2022     Form ID: pdf031     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Michael D Poole, Feldsott & Lee, 23161 Mill Creek Dr Ste 300, Laguna Hills, CA 92653-7907 |
| dft | + | Jamie L Gallian, 16222 Monterey Ln #376, Santa Ana, CA 92649-2258 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Randall L Nickel |
| pla | | The Huntington Beach Gables Homeowners Association |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandon J Iskander | on behalf of Plaintiff The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Jeffrey I Golden (TR) | lwerner@go2.law jig@trustesolutions.net;kadele@go2.law |
| Mark A Mellor | on behalf of Defendant Randall L Nickel mail@mellorlawfirm.com mellormr79158@notify.bestcase.com |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Nov 29, 2022 | Form ID: pdf031 | Total Noticed: 2

Robert P Goe
    on behalf of Plaintiff The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 5

Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210
Building D
Irvine, CA 92614
RGoe@goeforlaw.com
BIskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

**FILED & ENTERED**

NOV 29 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

Attorneys for The Huntington Beach Gables Homeowners Association

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br><br>Debtor.<br><br> | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01095-SC<br><br>**ORDER APPROVING MOTION TO CONTINUE PRE-TRIAL CONFERENCE** |
| THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>JAMIE L GALLIAN, an individual,<br><br>　　　　Defendants. | Pre-Trial Conference<br>Hearing Date: December 13, 2022<br>Time:　　　　1:30 p.m.<br>Courtroom:　　5C<br><br>Continued Pre-Trial Conference<br>Hearing Date: March 21, 2023<br>Time:　　　　1:30 p.m.<br>Courtroom:　　5C |

The Court having reviewed the Motion to Continue Pre-Trial Conference filed on November 28, 2022 as Docket No. 64 ("Motion"), and for good cause appearing,

1

**IT IS ORDERED:**

    1.  The Motion is granted; and

    2.  The Pre-Trial Conference is continued from December 13, 2022 to March 21, 2023 at 1:30 p.m. in Courtroom 5C of the United States Bankruptcy Court.

###

Date: November 29, 2022

Scott C. Clarkson
United States Bankruptcy Judge