Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210
Building D
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for The Huntington Beach Gables Homeowners Association

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br><br>Debtor.<br><br>_____<br><br>THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br>vs.<br><br>JAMIE L GALLIAN, an individual; RANDALL L NICKEL, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01095-SC<br><br>**PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS ADVERSARY COMPLAINT**<br><br>**[DOCKET NO. 63]**<br><u>Noticed Hearing</u><br>Hearing Date: January 10, 2023<br>Time:              1:30 p.m.<br>Courtroom:    5C |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES ENTITLED TO NOTICE:**

This Opposition to the Defendant's Notice of Motion for Motion to Dismiss Adversary Complaint (the "Opposition") is filed by Plaintiff, The Huntington Beach Gables Homeowners Association ("Plaintiff"). This Opposition is made with reference to the following recitals:

**RECITALS**

1. On November 9, 2022, Defendant Jamie Lynn Gallian ("Defendant") filed a Notice of Motion for Motion to Dismiss Adversary Complaint (Docket No. 63) ("Notice") which purported to be set for hearing on January 10, 2023.

2. Upon information and belief, no hearing has been set.

3. The Notice contains no substantive legal information and appears to be filed solely for the purpose of wasting the Plaintiff's time.

4. Even if a January 10, 2023 hearing was set, the time has expired for Defendant to file any substantive briefing in connection with the Notice.

5. Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure made applicable to this adversary proceeding by Bankruptcy Rule 7012(b), the Court has the authority to strike any pleading that is redundant, immaterial, impertinent, or scandalous in nature. The Notice appears to be immaterial in that it asks for the Complaint to be dismissed but contains no legal argumentation and is not a basis for any ruling.

**WHEREFORE,** based on the foregoing recitals, Plaintiff requests that the Notice of Motion for Motion to Dismiss Adversary Complaint filed as Docket No. 63 be denied or, alternatively, stricken from the record.

Dated: December 27, 2022                     Respectfully submitted,

                                                         **GOE FORSYTHE & HODGES LLP**

                                                         By: /s/ Brandon J. Iskander
                                                              Robert P. Goe
                                                              Brandon J. Iskander
                                                              Attorneys for Huntington Beach Gables
                                                              Homeowners Association

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS ADVERSARY COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 27, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Jeffrey I Golden (TR)**   lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law
- **Brandon J Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Mark A Mellor**   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 27, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Jamie Lynn Gallian**
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

**Michael D Poole**
Feldsott & Lee
23161 Mill Creek Dr Ste 300
Laguna Hills, CA 92653

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 27, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Scott Clarkson, USBC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 27, 2022 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |