FILED & ENTERED

DEC 27 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian<br><br><br><br><br>Debtor(s). | Case No.: 8:21-bk-11710-SC<br><br>CHAPTER 7<br><br>Adv No: 8:21-ap-01095-SC<br><br>**ORDER RE: (1) NOTICE OF MOTION RE MOTION TO DISMISS ADVERSARY [DK. 63]; AND (2) NOTICE OF MOTION RE MOTION FOR JUDGMENT ON THE PLEADINGS [DK. 67]** |
| The Huntington Beach Gables Homeowners Association,<br><br>                              Plaintiff(s),<br>   v.<br><br>Jamie L Gallian, Randall L Nickel,<br><br>                              Defendant(s). | Date:         January 10, 2023<br>Time:        1:30 p.m.<br>Courtroom: 5C |

  In reviewing this docket, and noting that pro se debtor/defendant has filed various notices of motions without the accompanying motions, and plaintiff has filed oppositions to withdrawn pleadings, and concluding that the docket lacks clarity as a result of the foregoing, the Court enters the following order:

  1. Debtor filed a Notice of Motion for a Motion to Dismiss on November 9, 2022

-1-

[Dk. 63], without an accompanying motion. As a motion was never filed, the matter was never set on calendar. Pursuant to Debtor's Request filed December 5, 2022 [Dk. 68] to Remove Docket 63 From the Court's Calendar, Docket 63 is hereby deemed withdrawn.

2. Debtor filed a Notice of Motion for Motion for Judgment on the Pleadings on December 5, 2022 [Dk. 67], without an accompanying motion, noticing the matter for January 17, 2023, at 1:30 p.m. If an appropriate motion is not filed, the matter will not be set on calendar as noticed.

IT IS SO ORDERED.

Date: December 27, 2022

Scott C. Clarkson
United States Bankruptcy Judge