Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210
Building D
Irvine, CA 92614
RGoe@goeforlaw.com
BIskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for The Huntington Beach Gables Homeowners Association

> **FILED & ENTERED**
>
> **JUN 07 2023**
>
> **CLERK U.S. BANKRUPTCY COURT**
> **Central District of California**
> **BY bolte        DEPUTY CLERK**

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br><br>                    Debtor.<br><br><br><br> | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01095-SC<br><br>**ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL CONFERENCE** |
| THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAMIE L GALLIAN, an individual,<br><br>                    Defendants. | <u>Pre-Trial Conference</u><br>Hearing Date:  June 27, 2023<br>Time:               1:30 p.m.<br>Courtroom:     5C<br><br><u>Continued Pre-Trial Conference</u><br>Hearing Date:  January 9, 2024<br>Time:               11:00 a.m.<br>Courtroom:     5C - Virtual |

1    The Court having reviewed the Motion to Continue Pre-Trial Conference filed on June 6,

2    2023 as Docket No. 79 ("Motion"), and for good cause appearing,

3    **IT IS ORDERED:**

4        1.  The Motion is granted; and

5        2.  The Pre-Trial Conference is continued from June 27, 2023, to January 9, 2024, at 11:00

6    a.m. in Courtroom 5C of the United States Bankruptcy Court.

7                                                    ###

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: June 7, 2023

                                    Scott C. Clarkson
                                    United States Bankruptcy Judge

25

26

27

28