1  Robert P. Goe - State Bar No. 137019
   Brandon J. Iskander – State Bar No. 300916
2  **GOE FORSYTHE & HODGES LLP**
   17701 Cowan Avenue, Suite 210
3  Building D
   Irvine, CA 92614
4  RGoe@goeforlaw.com
   BIskander@goeforlaw.com
5
   Telephone:  (949) 798-2460
6  Facsimile:   (949) 955-9437

7  Attorneys for The Huntington Beach Gables Homeowners Association

8              **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

10

11  In re:                                        Case No. 8:21-bk-11710-SC

12  JAMIE LYNN GALLIAN,                            Chapter 7

13                                                 Adv. No. 8:21-ap-01095-SC

14          Debtor.
                                                   **ORDER GRANTING MOTION TO**
15                                                 **CONTINUE PRE-TRIAL**
                                                   **CONFERENCE**
16

17  _____
                                                   Pre-Trial Conference
18  THE HUNTINGTON BEACH GABLES                    Hearing Date:  March 26, 2024
    HOMEOWNERS ASSOCIATION, a California           Time:              1:30 p.m.
19  nonprofit mutual benefit corporation,          Courtroom:      5C

20          Plaintiff,                             Continued Pre-Trial Conference
                                                   Hearing Date:  June 18, 2024
21  vs.                                            Time:              1:30 p.m.
                                                   Courtroom:      5C - Virtual
22  JAMIE L GALLIAN, an individual,

23
            Defendants.
24

25

26

27

28

---

FILED & ENTERED

MAR 01 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

---

1

1    The Court having reviewed the Motion to Continue Pre-Trial Conference filed on February

2    22, 2024 as Docket No. 87 ("Motion"), and for good cause appearing,

3    **IT IS ORDERED:**

4    1.    The Motion is granted; and

5    2.    The Pre-Trial Conference is continued from March 26, 2024, to June 18, 2024, at 1:30

6    p.m.

7    ###

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: March 1, 2024                    Scott C. Clarkson
                                             United States Bankruptcy Judge

25

26

27

28