Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210
Building D
Irvine, CA 92614
RGoe@goeforlaw.com
BIskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

**FILED & ENTERED**

**SEP 30 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

Attorneys for The Huntington Beach Gables Homeowners Association

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor.<br>_____<br>THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br>vs.<br><br>JAMIE L GALLIAN, an individual,<br><br>Defendants. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01095-SC<br><br>**ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL CONFERENCE**<br><br>Pre-Trial Conference<br>Hearing Date: October 22, 2024<br>Time:       1:30 p.m.<br>Courtroom:  5C - Virtual<br><br>Continued Pre-Trial Conference<br>Hearing Date: January 14, 2025<br>Time:       1:30 p.m.<br>Courtroom:  5C - Virtual |

1

The Court having reviewed the Motion to Continue Pre-Trial Conference filed on September 23, 2024 as Docket No. 97 ("Motion"), and for good cause appearing,

**IT IS ORDERED:**

1. The Motion is granted; and

2. The Pre-Trial Conference is continued from October 22, 2024, at 1:30 p.m. to January 14, 2025 at 1:30 p.m.

###

Date: September 30, 2024

Scott C. Clarkson
United States Bankruptcy Judge