| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe - State Bar No. 137019<br>Brandon J. Iskander – State Bar No. 300916<br>GOE FORSYTHE & HODGES LLP<br>17701 Cowan, Suite 210, Bldg. D<br>Irvine, CA 92614<br>rgoe@goeforlaw.com<br>biskander@goeforlaw.com<br>Telephone: (949) 798-2460<br>Facsimile: (949) 955-9437<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>JAMIE LYNN GALLIAN,<br><div align="right">Debtor.</div><br><br>THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,<br><div align="right">Plaintiff</div>vs.<br>JAMIE L. GALLIAN, an individual,<br><div align="right">Defendant<br>Debtor(s).</div> | CASE NO.: Adv. No. 8:21-ap-01095-SC<br>CHAPTER: 7<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) <u>The Huntington Beach Gables Homeowners Association</u>, filed a motion or application (Motion) entitled <u>MOTION TO DISMISS ADVERSARY PROCEEDING AND VACATE PRETRIAL CONFERENCE; DECLARATION OF BRANDON J. ISKANDER IN SUPPORT THEREOF</u>.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

    ☒ The full Motion is attached to this notice; or

    ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe - State Bar No. 137019<br>Brandon J. Iskander – State Bar No. 300916<br>GOE FORSYTHE & HODGES LLP<br>17701 Cowan, Suite 210, Bldg. D<br>Irvine, CA 92614<br>rgoe@goeforlaw.com<br>biskander@goeforlaw.com<br>Telephone: (949) 798-2460<br>Facsimile: (949) 955-9437<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Chapter 7 Trustee Robert S. Whitmore | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>JAMIE LYNN GALLIAN,<br>                         Debtor.<br><br>THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,<br>                         Plaintiff<br>vs.<br>JAMIE L. GALLIAN, an individual,<br>                         Defendant<br>                         Debtor(s). | CASE NO.: Adv. No. 8:21-ap-01095-SC<br>CHAPTER: 7<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) The Huntington Beach Gables Homeowners Association,
   filed a motion or application (Motion) entitled MOTION TO DISMISS ADVERSARY PROCEEDING AND VACATE PRETRIAL CONFERENCE; DECLARATION OF BRANDON J. ISKANDER IN SUPPORT THEREOF.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):
   ☒ The full Motion is attached to this notice; or
   ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING**: Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

   (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

   (2) Movant will lodge an order that the court may use to grant the Motion; and

   (3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 12/31/2024

/s/ Brandon J. Iskander
Signature of Movant or attorney for Movant

Brandon J. Iskander
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
Email:   rgoe@goeforlaw.com
             biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for
The Huntington Beach Gables Homeowners Association

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor.<br><br>THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>    Plaintiff<br><br>vs.<br><br>JAMIE L. GALLIAN, an individual,<br><br>    Defendant | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01095-SC<br><br>**MOTION TO DISMISS ADVERSARY PROCEEDING AND VACATE PRETRIAL CONFERENCE; DECLARATION OF BRANDON J. ISKANDER IN SUPPORT THEREOF**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)(1)] |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES ENTITLED TO NOTICE:**

The Huntington Beach Gables Homeowners Association ("Plaintiff") hereby files its motion to dismiss this adversary proceeding based on the following facts:

## I.    FACTUAL BACKGROUND

1. On or about July 9, 2021, Jamie Lynn Gallian ("Debtor" or "Defendant") filed a voluntary petition under Chapter 7 of the Bankruptcy Code, commencing *In re Jamie Lynn Gallian*, Case No. 8:21-bk-11710-SC,[1] a case before the United States Bankruptcy Court for the Central District of California, Santa Ana Division ("Main Bankruptcy Case").

2. Plaintiff filed a complaint (the "Complaint") initiating the above captioned adversary proceeding, *Huntington Beach Gables Homeowners Association v. Gallian, et. al*, Adv. No. 8:21-ap-01095-SC on October 18, 2021 (the "Adversary Proceeding").

3. The Adversary Proceeding was commenced pursuant to Rules 7001(4) and (6) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 523(a)(2)(A) and (a)(6) and 727(a)(2)(A), (a)(4), and (a)(5).

4. On October 28, 2021, Debtor filed her answer to the Complaint [Docket No. 4].

5. On October 28, 2021, Debtor filed multiple amended answers to the Complaint [Docket Nos. 5, 6, and 7].

6. Co-Defendant Randall Nickel was dismissed from this Adversary Proceeding by Order entered on February 22, 2022 as Docket No. 36.

7. On July 7, 2023, in *Houser Bros. Co. v. Gallian*, Adv. No. 8:21-ap-01097-SC as Docket No. 100, the Court denied Debtor's discharge pursuant to 11 U.S.C. §§ §§ 727(a)(2)(A), (a)(4), and (a)(5). All appeals of Debtor regarding the discharge have been exhausted as of August 14, 2024 and the denial of entry of a discharge is final.

---

[1] The Main Bankruptcy Case was originally assigned to the Honorable Erithe A Smith, U.S. Bankruptcy Judge before being reassigned to the Honorable Scott C. Clarkson, U.S. Bankruptcy Judge on September 1, 2022.

2

8. A Pretrial Conference in this Adversary Proceeding is currently scheduled for January 14, 2025 at 1:30 p.m. On December 26, 2024 and December 30, 2024, Plaintiff's counsel contacted Defendant to request that she stipulate to a dismissal of the Adversary Proceeding. Plaintiff's counsel received no response.

9. Because Debtor has been denied a discharge, this Adversary Proceeding is now moot and should be dismissed.

## II. REQUESTED RELIEF

**WHEREFORE, BASED ON THE FOREGOING,** the Plaintiff respectfully requests that the Court enter an order as follows:

1. That pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a) of the Federal Rules of Civil Procedure, the instant adversary proceeding shall be dismissed; and

2. That the Pretrial Conference currently scheduled for January 14, 2025 at 11:30 a.m. shall be vacated and taken off calendar.

Respectfully submitted,

Dated: December 31, 2024        **GOE FORSYTHE & HODGES, LLP**

By: /s/ Brandon J. Iskander
    Robert P. Goe
    Brandon J. Iskander
    Attorneys for Plaintiff Huntington Beach
    Gables Homeowners Association

**DECLARATION OF BRANDON J. ISKANDER**

I, Brandon J. Iskander, declare as follows:

1. I am a partner of Goe Forsythe & Hodges LLP, counsel for Plaintiff Huntington Beach Gables Homeowners Association. I am also a member of the California State Bar and I am admitted to the U.S. District Court for the Central District of California and am thus entitled to practice before all Courts in the State of California, including the United States Bankruptcy Court for the Central District of California. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. On or about July 9, 2021, Jamie Lynn Gallian ("Debtor" or "Defendant") filed a voluntary petition under Chapter 7 of the Bankruptcy Code, commencing *In re Jamie Lynn Gallian*, Case No. 8:21-bk-11710-SC,[1] a case before the United States Bankruptcy Court for the Central District of California, Santa Ana Division ("Main Bankruptcy Case").

3. Plaintiff filed a complaint (the "Complaint") initiating the above captioned adversary proceeding, *Huntington Beach Gables Homeowners Association v. Gallian, et. al*, Adv. No. 8:21-ap-01095-SC on October 18, 2021 (the "Adversary Proceeding").

4. The Adversary Proceeding was commenced pursuant to Rules 7001(4) and (6) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 523(a)(2)(A) and (a)(6) and 727(a)(2)(A), (a)(4), and (a)(5).

5. On October 28, 2021, Debtor filed her answer to the Complaint [Docket No. 4].

6. On October 28, 2021, Debtor filed multiple amended answers to the Complaint [Docket Nos. 5, 6, and 7].

7. Co-Defendant Randall Nickel was dismissed from this Adversary Proceeding by Order entered on February 22, 2022 as Docket No. 36.

8. On July 7, 2023, in *Houser Bros. Co. v. Gallian*, Adv. No. 8:21-ap-01097-SC as Docket No. 100, the Court denied Debtor's discharge pursuant to 11 U.S.C. §§ §§ 727(a)(2)(A),

---

[1] The Main Bankruptcy Case was originally assigned to the Honorable Erithe A Smith, U.S. Bankruptcy Judge before being reassigned to the Honorable Scott C. Clarkson, U.S. Bankruptcy Judge on September 1, 2022.

4

(a)(4), and (a)(5). All appeals of Debtor regarding the discharge appear to have been exhausted as of August 14, 2024 and the denial of entry of a discharge appears to be final.

      9. A Pretrial Conference in this Adversary Proceeding is currently scheduled for January 14, 2025 at 1:30 p.m.

      10. On December 26, 2024, I contacted Defendant Jamie Lynn Gallian by her email address of record in multiple pleadings filed before the Court in the Main Bankruptcy Case, including a statement under penalty of perjury that jamiegallian@gmail.com was the email address at which to contact her (See Main Bankruptcy Case, Docket No. 516, at 8:15-28, 10:4-12.) In the email to Defendant, I requested that she read and agree to enter into a stipulation to dismiss the Adversary Proceeding. I also requested that she respond in writing by no later than December 30, 2024 at 5:00 p.m. or else I would file a motion seeking dismissal.

      11. On December 30, 2024, having not received any response from Defendant, I again requested her response by the 5:00 p.m. deadline. I did not receive a timely written response (or any response) to the foregoing. A true and correct copy of my correspondence to Ms. Gallian regarding Plaintiff's requests to agree to dismiss the Adversary Proceeding is attached hereto and incorporated herein as **Exhibit "1."**

      12. Accordingly, Plaintiff requests dismissal of the Adversary Proceeding as moot pursuant to the attached Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on December 31, 2024, at Santa Ana, California.

                                      /s/ Brandon J. Iskander
                                        Brandon J. Iskander

# EXHIBIT 1

# EXHIBIT 1

 Outlook

## Fw: Huntington Beach Gables Homeowners Association v. Gallian 8:21-ap-01095-SC - Request to sign Stipulation to Dismiss

**From** Brandon Iskander <biskander@goeforlaw.com>
**Date** Mon 12/30/2024 12:01 PM
**To** jamiegallian@gmail.com <jamiegallian@gmail.com>
**Cc** Rob Goe <rgoe@goeforlaw.com>; Susan Stein <sstein@goeforlaw.com>

📎 1 attachment (471 KB)
Stipulation to Dismiss Adversary Proceeding.pdf;

Ms. Gallian,

I have not heard back. Please advise.

Thank you,



**Brandon J. Iskander | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
biskander@goeforlaw.com | www.goeforlaw.com

---

**From:** Brandon Iskander
**Sent:** Thursday, December 26, 2024 2:41 PM
**To:** jamiegallian@gmail.com <jamiegallian@gmail.com>
**Cc:** Rob Goe <rgoe@goeforlaw.com>; Susan Stein <sstein@goeforlaw.com>
**Subject:** Huntington Beach Gables Homeowners Association v. Gallian 8:21-ap-01095-SC - Request to sign Stipulation to Dismiss

Ms. Gallian,

Please review the attached stipulation to dismiss the above adversary proceeding as moot and to vacate the upcoming January 14th pretrial conference. Upon your review, if you have no requested changes, please sign and date and scan back your signed stipulation. I will then promptly file it and lodge a proposed order dismissing the action.

Please respond to this request in writing by no later than 5:00 p.m. Monday, December 30, 2024. If I see no response or credible agreement to dismiss the case as proposed, I will instead file a motion to dismiss and will advise the Court accordingly.

Thank you for your anticipated cooperation,



**Brandon J. Iskander | Partner**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Fax (949) 955-9437
biskander@goeforlaw.com | www.goeforlaw.com

Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
Email:  rgoe@goeforlaw.com
          biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for
The Huntington Beach Gables Homeowners Association

<div align="center">

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

</div>

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor.<br><br>――――――――――――――――<br><br>THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>        Plaintiff<br><br>vs.<br><br>JAMIE L. GALLIAN, an individual,<br><br>        Defendant | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01095-SC<br><br>**STIPULATION TO DISMISS ADVERSARY PROCEEDING AND VACATE PRETRIAL CONFERENCE**<br><br><u>Pretrial Conference:</u><br>Date:     January 14, 2025<br>Time:    1:30 p.m.<br>Place:    U.S. Bankruptcy Court<br>            Courtroom 5C<br>            411 W. Fourth Street<br>            Santa Ana, CA 92701 |

<div align="center">1</div>

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES ENTITLED TO NOTICE:**

This Stipulation to Dismiss Adversary Proceeding and Vacate Pre-Trial Conference ("Stipulation") is entered into by and between the Huntington Beach Gables Homeowners Association ("Plaintiff") and Jamie Lynn Gallian ("Defendant" or "Debtor").

This Stipulation is made with reference to the following recitals:

## I.    RECITALS

1. On or about July 9, 2021, Jamie Lynn Gallian ("Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. Plaintiff filed a complaint (the "Complaint") initiating the above captioned adversary proceeding on October 18, 2021 (the "Adversary Proceeding").

3. The Adversary Proceeding was commenced pursuant to Rules 7001(4) and (6) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 523(a)(2)(A) and (a)(6) and 727(a)(2)(A), (a)(4), and (a)(5).

4. On October 28, 2021, Debtor filed her answer to the Complaint [Docket No. 4].

5. On October 28, 2021, Debtor filed multiple amended answers to the Complaint [Docket Nos. 5, 6, and 7].

6. Co-Defendant Randall Nickel was dismissed from this Adversary Proceeding by Order entered on February 22, 2022 as Docket No. 36.

7. On July 7, 2023, the Court denied Debtor's discharge pursuant to 11 U.S.C. §§ §§ 727(a)(2)(A), (a)(4), and (a)(5). All appeals of Debtor regarding the discharge have been exhausted as of August 14, 2024 and the denial of entry of a discharge is final.

8. A Pretrial Conference in this Adversary Proceeding is currently scheduled for January 14, 2025 at 1:30 p.m.

9. Because Debtor has been denied a discharge, this Adversary Proceeding is now moot.

/ / /

## II. STIPULATION

**WHEREFORE, BASED ON THE FOREGOING,** the Plaintiff and Defendant agree as follows:

1. Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a) of the Federal Rules of Civil Procedure, the instant adversary proceeding shall be dismissed.

2. The Pretrial Conference shall be taken off calendar.

3. Each party shall bear their own costs, expenses, and attorney's fees in connection with this Adversary Proceeding.

4. Nothing contained in this Stipulation is intended to be, or shall be deemed to be, an admission of any liability by any party, or an admission of the existence of any facts upon which liability could be based.

**IT IS SO STIPULATED AND AGREED.**

Dated: December 26, 2024          **GOE FORSYTHE & HODGES, LLP**

By: /s/ Robert P. Goe
    Robert P. Goe
    Brandon J. Iskander
    Attorneys for Plaintiff Huntington Beach
    Gables Homeowners Association

Dated: December ____, 2024       By: _____.
    Jamie Lynn Gallian
    Defendant in Pro Per

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan Ave, Suite 210, Bldg. D, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO DISMISS ADVERSARY PROCEEDING AND VACATE PRETRIAL CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 26, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Jeffrey I Golden (TR)**     lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
- **Brandon J Iskander**     biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Mark A Mellor**     mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) December 26, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **Jamie Lynn Gallian**<br>16222 Monterey Ln Unit 376<br>Huntington Beach, CA 92649 | **Michael D Poole**<br>Feldsott & Lee<br>23161 Mill Creek Dr Ste 300<br>Laguna Hills, CA 92653 |

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 26, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Scott C. Clarkson, USBC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 26, 2024 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan Ave, Suite 210, Bldg. D, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify* **MOTION TO DISMISS ADVERSARY PROCEEDING AND VACATE PRETRIAL CONFERENCE; DECLARATION OF BRANDON J. ISKANDER IN SUPPORT THEREOF; NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 31, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Jeffrey I Golden (TR)**  lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
- **Brandon J Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Mark A Mellor**  mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 31, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Jamie Lynn Gallian**
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

**Michael D Poole**
Feldsott & Lee
23161 Mill Creek Dr Ste 300
Laguna Hills, CA 92653

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 31, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Scott C. Clarkson, USBC, 411 West Fourth Street, Santa Ana, CA 92701
- Via Email: jamiegallian@gmail.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 31, 2024 | Danielle Cyrankowski | /s/ Danielle Cyrankowski |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

6