1 | Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
2 | **GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210
3 | Building D
Irvine, CA 92614
4 | rgoe@goeforlaw.com
biskander@goeforlaw.com
5
Telephone:  (949) 798-2460
6 | Facsimile:   (949) 955-9437

**FILED & ENTERED**

**JAN 06 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle         **DEPUTY CLERK**

7 | Attorneys for The Huntington Beach Gables Homeowners Association

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

10

11 | In re:

12 | JAMIE LYNN GALLIAN,

13

14 | Debtor.

Case No. 8:21-bk-11710-SC

Chapter 7

Adv. No. 8:21-ap-01095-SC

**ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL CONFERENCE**

17
18 | THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,
19
20 |              Plaintiff,
21 | vs.
22 | JAMIE L GALLIAN, an individual,
23
24 |              Defendants.

Current Pre-Trial Conference
Hearing Date: January 14, 2025
Time:         1:30 p.m.
Courtroom:    5C – Virtual

Continued Pre-Trial Conference
Hearing Date: February 18, 2025
Time:         1:30 p.m.
Courtroom:    5C – Virtual

1

The Court having reviewed Plaintiff's Motion to Continue Pre-Trial Conference (Docket No. 102) ("Motion"), and good cause appearing,

**IT IS ORDERED:**

1. The Motion is granted.

2. The Pre-Trial Conference currently scheduled for January 14, 2025 is continued to February 18, 2025 at 1:30 p.m.

###

Date: January 6, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2