Robert P. Goe - State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210
Building D
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

**FILED & ENTERED**

**JAN 23 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte     **DEPUTY CLERK**

Attorneys for The Huntington Beach Gables Homeowners Association

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br><br>Debtor.<br>_____<br>THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br>vs.<br><br>JAMIE L GALLIAN, an individual,<br><br>Defendant. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01095-SC<br><br>**ORDER GRANTING MOTION TO DISMISS ADVERSARY PROCEEDING AND VACATE PRETRIAL CONFERENCE**<br><br><u>Pre-Trial Conference</u><br>Hearing Date: February 18, 2025<br>Time:             1:30 p.m.<br>Courtroom:     5C – Virtual |

1

The Court having reviewed Plaintiff's Motion to Dismiss Adversary Proceeding and Vacate Pretrial Conference (Docket No. 101) ("Motion"), notice having been proper, and it appearing from the record that there is no timely opposition to the Motion, and good cause appearing,

**IT IS ORDERED:**

1. The Motion is granted.

2. Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a) of the Federal Rules of Civil Procedure, this adversary proceeding is dismissed.

3. The Pre-Trial Conference currently scheduled for February 18, 2025, at 1:30 p.m. is hereby vacated.

###

Date: January 23, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2